# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DONNA RENEE HAYES**                                                                 **PLAINTIFF**

VS.                              Case No. 4:12-cv-00756-BD

**CAROLYN W. COLVIN, Acting Commissioner**
**Social Security Administration**                                                    **DEFENDANT**

## JUDGMENT

Plaintiff Donna Hayes's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Acting Commissioner, Social Security Administration.

DATED this 19th day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE